IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| NAJI DYALL, | : |
|       **Plaintiff,** | : |
| V. | :     NO 3:25-cv-00164-TES-AGH |
| WALTON COUNTY OFFICER GUARD WEST, | : |
|       **Defendant.** | : |

### ORDER OF DISMISSAL

Plaintiff Naji Dyall, a detainee in the Walton County Jail in Monroe, Georgia, filed a complaint under 42 U.S.C. § 1983, ECF No. 1, and a motion to proceed *in forma pauperis*. ECF No. 2. Thereafter, the United States Magistrate Judge ordered Plaintiff to submit a proper motion to proceed *in forma pauperis,* including a certified copy of his trust fund account statement. ECF No. 4. The Magistrate Judge gave Plaintiff fourteen days to file his new motion and cautioned him that his failure to do so may result in the dismissal of this case. *Id.*

The time for compliance passed, and Plaintiff failed to file a new motion to proceed *in forma pauperis* or otherwise respond to the Court's order. Accordingly, the Magistrate Judge ordered Plaintiff to show cause why this case should not be dismissed based on his failure to file a new motion to proceed *in forma pauperis*. ECF No. 5. The Magistrate Judge gave Plaintiff another fourteen days to respond and cautioned him that his failure to do so

would likely result in the Court dismissing this case. *Id.*

More than fourteen days have passed since the Magistrate Judge entered the show cause order, and Plaintiff has not responded to that order or otherwise communicated with the Court. Because Plaintiff has failed to comply with the Court's orders or to otherwise prosecute this case, the Court now **DISMISSES** the complaint **WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 26th day of January, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**